UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 25-260 (ADM/DLM)

---

UNITED STATES OF AMERICA,

        Plaintiff,   **STATEMENT OF FACTS IN SUPPORT OF MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

v.

HAMZA SAID,

        Defendant.

---



Pursuant to 18 U.S.C.§ 3161(h)(7)(A), I, the defendant in this case, agree to the following statement of facts in support of the motion to exclude time under the Speedy Trial Act: My case was just indicted and discovery has ~~not yet~~ *RECENTLY* been provided ~~and the~~ *AND IS VOLUMINOUS* ~~government disclosure deadline has not yet passed~~. The motions deadline is set on July 22, 2025. My counsel needs more time to retrieve and review the discovery, conduct legal research, discuss the various options in the case with me, discuss possible resolution options with the government, and determine whether or not to file motions in the case.

My counsel requests a 30-day extension of time within which motions can be filed, and for a corresponding continuance of the motions hearing date and other deadlines in the case. Based on the above facts, I request that the period of time from now until the date is rescheduled to be excluded from the time in which I would otherwise have to be brought to a trial on this case. I have discussed this matter with my counsel

and voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 7/16/2025

Dated: 7/16/2025

Hamza Said

Ian S. Birrell
Attorney for Mr. Said